ELIZABETH M. MORGAN et al., Respondents, *v.* FIDUCIARY TRUST COMPANY OF NEW YORK, as Trustee, et al., Respondents, and JOSEPH LORENZ, as Trustee in Bankruptcy of Richard Whitney et al., Individually and as Copartners under the Name of RICHARD WHITNEY & COMPANY, Appellant.

Argued January 20, 1943; decided March 4, 1943.

*Randolph H. Guthrie, George L. Trumbull* and *Jesse G. Heiges* for appellant.

*C. Dickerman Williams* for plaintiffs-respondents.

*Malcolm I. Ruddock* and *F. Sims McGrath* for Fiduciary Trust Company of New York, as trustee, et al., defendants-respondents.

*George B. Francis* and *Wendell Davis* as Guardian ad Litem for Edwin D. Morgan, III, et al., infants, defendants-respondents.

Judgment affirmed, with costs to the respondents payable out of the fund. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.